UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JAN 20 PM 4: 17

CLERK

BY ⟋⟋⟋⟋
DEPUTY CLERK

JEFFREY M. RIVARD, )
 )
Plaintiff, )
 )
v. ) Case No. 2:21-cv-00224
 )
SOCIAL SECURITY ADMINISTRATION, )
UNITED STATES DEPARTMENT OF )
TRANSPORTATION, MAINE )
DEPARTMENT OF MOTOR VEHICLES, )
MAINE DEPARTMENT OF HEALTH )
AND HUMAN SERVICES, )
 )
Defendants. )

**ENTRY ORDER**
(Doc. 22)

A review of the docket in this case reveals the following:

1. On September 24, 2021, self-represented Plaintiff Jeffrey M. Rivard's June 29, 2021 Complaint against the Commissioner of the Social Security Administration ("SSA"), together with a motion for leave to proceed *in forma pauperis* ("IFP"), was transferred to this court from the United States District Court for the District of Maine. (Docs. 1, 2.)

2. Also on September 24, 2021, the SSA moved to dismiss the case for lack of jurisdiction. (Doc. 10.)

3. On October 1, 2021, Plaintiff filed a motion docketed as a Motion for Order Reversing the Decision of the Commissioner. (Doc. 11.)

4. On October 5, 2021, this court granted Plaintiff's IFP motion. (Doc. 12.)

5. On October 18, 2021, Plaintiff filed a Complaint and Request for Injunction docketed as an Amended Complaint and entered on January 14, 2022. (Doc. 22.)

6. During October and November, briefing on the pending motions continued. (Docs. 13-19.)

7. On December 14, 2021, Plaintiff filed a motion to amend his Complaint that was entered on the docket on January 10, 2022. (Doc. 20.) No proposed Amended Complaint accompanied the motion.

7. On December 14, 2021, Plaintiff filed a motion to amend his Complaint that was entered on the docket on January 10, 2022. (Doc. 20.) No proposed Amended Complaint accompanied the motion.

8. On January 13, 2022, the SSA opposed the motion to amend. (Doc. 21.)

Because the Amended Complaint (Doc. 22) was filed within twenty-one (21) days of service of the SSA's motion to dismiss, it is allowed as a matter of course under Fed. R. Civ. P. 15(a)(1)(B). The document is titled Complaint and Request for Injunction, does not state a case number in the caption, and adds additional defendants, including the United States Department of Transportation, the Maine Department of Motor Vehicles, and the Maine Department of Health and Human Services.

Plaintiff shall inform the court in writing within fourteen (14) days if he intended the October 18, 2021 pleading to be a new Complaint in a separate action so that the court may promptly correct the record if necessary.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 20th day of January, 2022.

Christina Reiss, District Judge
United States District Court